UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO.   4:08-cr-01-01-RLY-MGN |
| ) | |
| LEO T. STEIN, ) | |
| ) | |
| Defendant ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge's Report and Recommendation dated April 23, 2010, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED.   The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of ten (10) months followed by fourteen (14) months of supervised release with the same terms and conditions previously imposed, as well as the following additional condition:   The defendant shall not possess or consume any alcoholic beverages. The defendant is released from the custody of the United States Marshal and placed on home incarceration wherein he shall be monitored by the probation officer without any devices until he surrenders to the Bureau of Prisons for service of his term of imprisonment.   The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by the probation officer. The previously ordered

terms of supervised release, along with the additional condition of supervised release wherein the defendant shall not possess or consume any alcoholic beverages, shall be imposed pending the defendant's surrender to the Bureau of Prisons.

SO ORDERED this 27th day of April 2010.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

Susan Dowd
UNITED STATES ATTORNEY'S OFFICE
susan.dowd@usdoj.gov

Jennifer Culotta
CULOTTA & CULOTTA LLP
jennifer@culottalaw.com

U.S. Marshal

U.S. Probation